# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00348(1)-ADA |
| | § | |
| (1) SONIA LIZBETH ZALDIVAR ESPANA | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 9, 2025, wherein the defendant (1) SONIA LIZBETH ZALDIVAR ESPANA waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SONIA LIZBETH ZALDIVAR ESPANA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SONIA LIZBETH ZALDIVAR ESPANA's plea of guilty to Count One (1) is accepted.

Signed this 24th day of September, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE